No. 73–810. PENNSYLVANIA *v.* FELTON. Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–1221. CONTINENTAL CASUALTY Co. *v.* WARD. Sup. Ct. Ohio. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–983. WAI KWON YIP ET AL. *v.* UNITED STATES; No. 73–5430. PUI LEUNG LAM *v.* UNITED STATES; and No. 73–5714. PUI KAN LAM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1132. ARNOLD ET AL. *v.* TIFFANY ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5734. DUPART *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5788. RAWLINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5815. REID *v.* SLAYTON, PENITENTIARY SUPERINTENDENT; and No. 73–5821. VISCHIO *v.* SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1122. BUXTON *v.* INTERNATIONAL BUSINESS MACHINES ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.